AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR -6 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Juan Pablo RAMIREZ Diaz | ) Case No. |
|  | ) EP-17-mj-963-ATB |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 3, 2017__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Defendant(s) did knowingly and intentionally possess with the intent to distribute a Controlled Substance, to wit: approximately 51.86 kilograms (gross weight) of marijuana, a Schedule I Controlled Substance; in violation of Title 21 United States Code, Section(s) 841(a)(1). |

This criminal complaint is based on these facts:
I further state that I am a Homeland Security Investigations Special Agent and this complaint is based on the facts stated within the attached affidavit:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Fernando Juarez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/06/2017__

_____
*Judge's signature*

City and state: __El Paso, Texas__    Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

On March 3, 2017, Homeland Security Investigations (HSI) Special Agent (SA) Fernando Juarez received a duty call in reference to the smuggling of narcotics into the United States from the Republic of Mexico via the Ysleta Port of Entry in El Paso, Texas.

At approximately 2:27 p.m., Juan Pablo RAMIREZ Diaz attempted entry into the United States driving a 1995 GMC Yukon with Chihuahua, Mexico license plates EJR6379 through the Ysleta Port of Entry. RAMIREZ was the driver and sole occupant of the vehicle.

While conducting pre-primary inspections, CBPO Hernandez utilized a mirror to inspect the undercarriage of the Yukon RAMIREZ was driving. CBPO Hernandez observed scrape marks on the gas tank. CBPO Hernandez tapped on the gas tank and the tank was abnormally solid. CBPO Hernandez made contact with RAMIREZ. CBPO Hernandez noticed that RAMIREZ' hand was shaking when he provided his immigration documents. CBPO Hernandez noted that RAMIREZ avoided eye contact. CBPO Hernandez obtained a negative customs declaration from RAMIREZ. RAMIREZ stated that he was going shopping at Walmart in El Paso, Texas. RAMIREZ was referred for further inspection.

RAMIREZ provided a second negative declaration at secondary inspection. The Yukon was sent to the Z-Portal X-ray. Anomalies were found in the rear seats and gas tank. A Canine Enforcement Officer responded to assist with his canine. The canine alerted to the presence of a trained odor in the rear seats.

A total of 107 bundles were removed from the seats and gas tank of the Yukon. The bundles had an approximate weight of 51.86 kilograms. A random bundle was probed and a green leafy substance was extracted. The green leafy substance field tested positive for the properties of marijuana.

Homeland Security Investigations (HSI) Special Agents (SA) Fernando Juarez and Jesus Rangel escorted RAMIREZ to the interview room. SA Juarez read RAMIREZ his Miranda Rights in the Spanish language. RAMIREZ stated he understood his rights and agreed to make a statement without the presence of an attorney.

RAMIREZ stated he had entered into an agreement two days prior to his arrest with an individual he met at a business in Ciudad Juarez, Chihuahua, Mexico. RAMIREZ agreed to transport a marijuana laden vehicle into the United States from Mexico in exchange for $500.00 USD. RAMIREZ added that he delivered his Yukon to the drug smuggler to have the marijuana concealed within it. RAMIREZ lied about the purpose of his trip to El Paso, Texas because he wanted to successfully deliver the drug laden Yukon in the United States.